# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WAYNE ALLEN RIVELL,

      Plaintiff,

v.                                    Case No. 6:20-cv-476-RBD-EJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## ORDER

In this Social Security appeal, on referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation submitting that the Court should reverse Defendant Commissioner of Social Security's ("Commissioner") decision. (Doc. 23 ("R&R").) The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 23) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.    The final decision of the Commissioner is **REVERSED AND**

**REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons stated in the R&R.

3.    On remand, the Commissioner is **DIRECTED** to: (1) state the reasons for assigning little weight to the opinion of Dr. Porter; (2) reconsider Plaintiff's RFC, if appropriate; and (3) conduct any further proceedings deemed appropriate. (*See* Doc. 23, p. 9.)

4.    The Clerk is **DIRECTED** to enter judgment accordingly and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 9, 2021.

ROY B. DALTON JR.
United States District Judge